

Scott R. Green  |  Partner
Direct 516.281.9859  |  sgreen@goldbergsegalla.com

December 5, 2019

*Via ECF*
Honorable Brian M. Cogan, J.S.C.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Christie Maurice vs. Lasante Health Center, Inc., et al.**
              Docket No.: 19-cv-06055-BMC
              <u>GS File No. 16002.0332</u>

Dear Judge Cogan:

      This firm represents Defendants Lasante Health Center, Inc. and Moshe Posner in connection with the above-referenced matter.

      The parties respectfully request an adjournment on consent of the Initial Conference currently scheduled on December 18, 2019 at 5:00 P.M. to a date thereafter convenient for the Court. This is the **first request** for an adjournment in connection with the Initial Conference. The reason for the request is because there are ongoing settlement discussions and Defendants' deadline to answer is December 27, 2019.

      The parties have conferenced and are available on January 13, 2020, January 14, 2020, January 15, 2020 and January 17, 2020.

      Should your Honor have any questions, please feel free to contact me.

                        Respectfully yours,

                        *Scott R. Green*
                        Scott R. Green, Esq.

cc:    Denise A. Shulman, Esq. (*via ECF*)

SRG/re

**Please send mail to our scanning center at: PO Box 780, Buffalo, NY 14201**

**Office Location:** 200 Garden City Plaza, Suite 520, Garden City, NY 11530-3203  |  516.281.9800  |  Fax: 516.281.9801  |  **www.goldbergsegalla.com**
CALIFORNIA  |  CONNECTICUT  |  FLORIDA  |  ILLINOIS  |  NEW JERSEY  |  NEW YORK  |  NORTH CAROLINA  |  MARYLAND  |  MISSOURI  |  PENNSYLVANIA  |  UNITED KINGDOM

24802736.v1