DocuSign Envelope ID: 1368B58C-ECB5-4854-BBE1-0E3DFDDAF9E7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CHRISTIE MAURICE,

       Plaintiff,

v.

LASANTE HEALTH CENTER, INC. and
MOSHE POSNER,

       Defendants.
----------------------------------------------------------x

CASE NO.: 19 CV 6055 (BMC)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED that all non-FLSA claims in this action have been discontinued and are hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York

    Jan 23, 2020

For the Plaintiff:
JOSEPH & KIRSCHENBAUM LLP

_____
Denise A. Schulman
32 Broadway, Suite 601
New York, NY 10004

For the Defendants:
GOLDBERG SEGALLA LLP

_____
Scott Green    *Cali Chandiramani*
200 Garden City Plaza, Suite 520
Garden City, NY 11536

1/23/20

So Ordered: _____
              Hon. Brian M. Cogan (U.S.D.J.)

24966110.v3